6192389915                    AT&T Services Legal Dept-SD              04:13:29 p.m.    10-04-2006           4/5

1  LYSHA N. WESTON (Bar No. 190681)
   DAVID J. BENNER (Bar No. 105428)
2  J. SCOTT PAISLEY (Bar No. 094236)
   AT&T SERVICES LEGAL DEPARTMENT
3  101 West Broadway, Suite 1300
   San Diego, California 92101
4  Tel: (619) 237-2177
   Fax: (619) 238-2318
5
   Attorneys for Defendant
6  AT&T SERVICES, INC.

7

                    FILED
                    2006 OCT 17  AM 8: 15
                    CLERK US DISTRICT COURT
                    SOUTHERN DISTRICT OF CALIFORNIA
                    BY _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11 | ALBERTO PASTRANA,                          | CASE NO. 06CV1779H (AJB)
12 |          Plaintiff,                        | **STIPULATION AND ORDER
   |                                            | CONTINUING DATE FOR DEFENDANT'S
13 |     vs.                                    | RESPONSE TO COMPLAINT**
14 | LOCAL 9509, COMMUNICATIONS                 | Complaint Filed: September 1, 2006
   | WORKERS OF AMERICA, AFL-CIO, a             | Trial Date: Not Assigned
15 | Labor Organization; DISTRICT 9,
   | COMMUNICATIONS WORKERS OF
16 | AMERICA, AFL-CIO, a Labor
   | Organization; COMMUNICATIONS
17 | WORKERS OF AMERICA, AFL-CIO, a
   | Labor Organization; AT&T SERVICES
18 | INC. f/k/a SBC COMMUNICATIONS,
   | INC., and DOES 1-30, inclusive,
19 |
   |          Defendants.
20

WEST 403562                        -1-                  CASE NO. 06CV1779H (AJB)

**STIPULATION AND ORDER CONTINUING DATE FOR DEFENDANT'S RESPONSE**

Oct 06 06 02:17p     p.3
Case 3:06-cv-01779-BTM-MDD   Document 7   Filed 10/17/06   PageID.50   Page 2 of 2
6192389915     AT&T Services Legal Dept-SD     04:13 pm     10-04-2006     5/5

IT IS HEREBY STIPULATED by and between Plaintiff ALBERTO PASTRANA and Defendant AT&T SERVICES, INC., through their respective counsel of record, that Defendant's time to respond to the complaint be extended by 20 days to October 30, 2006. The purpose of the extension is to allow for the filing of an amendment to the complaint substituting Pacific Bell Telephone Company in place of AT&T SERVICES, INC.

Defendant AT&T SERVICES, INC., was served on September 20, 2006, and its present response date is October 10, 2006. No previous extensions have been requested or granted.

Dated: October 6, 2006

Employment Mediation and Litigation Services

By: _____
R. Keramati, Esq.
Attorneys for Plaintiff
ALBERTO PASTRANA

Dated: October 4, 2006

AT&T SERVICES LEGAL DEPARTMENT

By: _____
J. Scott Paisley
Attorneys for Defendant
AT&T SERVICES, INC.

IT IS SO ORDERED:

Dated: 10/16/06

_____
HONORABLE THOMAS J. WHELAN
Judge United States District Court