cal kmw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO PASTRANA,<br><br>        Plaintiff,<br>v.<br><br>LOCAL 9509, COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, a Labor Organization, et al.,<br><br>        Defendants. | ) Civil No. 06cv1779 TW (AJB)<br>)<br>)<br>)  ORDER FOLLOWING EARLY<br>)  NEUTRAL EVALUATION<br>)  CONFERENCE, SETTING RULE 26<br>)  COMPLIANCE AND NOTICE OF CASE<br>)  MANAGEMENT CONFERENCE<br>)<br>)<br>) |

On December 18, 2006, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff were Ray Keramati, Esq. and Alberto A. Pastrana. Appearing for Defendant Local 9509 were Michael Feinberg, Esq.; Judith G. Belsito, Esq.; Libby Sayre; Emilia Sanborn; and, Bob Borunda. Appearing for Defendant Pacific Bell were Lysha Weston, Esq. and Jeff Smith.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed on *January 22, 2007 at 2:30 p.m.*;

2. The obligation to lodge a discovery plan with Judge Battaglia is waived*;* and,

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *February 5, 2007*;

1     4.    Counsel are ordered to appear *on February 9, 2007* at *9:30 a.m.* in the chambers of Judge Anthony J. Battaglia, U.S. Courts Building, 940 Front Street, Room 1145, San Diego, California for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED:  December 19, 2006

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court