cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO PASTRANA, ) | Civil No. 06cv1779 TW (AJB) |
| Plaintiff, ) | |
| v. ) | Order Re: Documents Submitted |
| ) | For In Camera Review |
| LOCAL 9509, COMMUNICATIONS ) | |
| WORKERS OF AMERICA, AFL-CIO, a ) | |
| Labor Organization, et al., ) | |
| Defendants. ) | |

The Court conducted an *in camera* review of the telephone records of Plaintiff's counsel, Reza Keramati, to identify all calls involving Communication Workers of America ("CWA") Representative Laura Reynolds, and finds that the redacted phone records produced by Plaintiff accurately reflect all such calls.

IT IS SO ORDERED.

DATED: October 31, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court