

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ALBERTO PASTRANA, | CASE NO: 06-CV-1779 W(AJB) |
|---|---|
| Plaintiff, | **ORDER DENYING EX PARTE APPLICATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION [DOC. NO. 96]** |
| v. | |
| LOCAL 9509, COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, a Labor Organization; et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's ex parte application for leave to file a motion for reconsideration from this Court's November 20, 2008 order granting in-part and denying in-part Defendants' summary-judgment motions. Plaintiff's request is not based on new evidence or a change in controlling law. Rather, the request is based on the contention that the Court erred in dismissing Plaintiff's second cause of action for violation of Penal Code § 290.46, and for limiting Plaintiff's damages based on the after-acquired evidence defense.

Having reviewed the moving papers, the Court disagrees with Plaintiff's contention for the reasons explained in the November 20, 2008 order. Accordingly, the Court **DENIES** the ex parte application. (Doc. No. 96.)

**IT IS SO ORDERED.**

DATE: December 22, 2008

HON. THOMAS J. WHELAN
United States District Court
Southern District of California